# UNITED STATES DISTRICT COURT
## Southern District of Florida

ANGELA E. NOBLE
Clerk of Court

Appeal Section
305-523-5080



Date: _____

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

IN RE:     District Court No.: _____    U.S.C.A. No.: _____

Style: _____

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

_____     Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed.
             If opinion/order was oral, please check _____.

_____     First Notice of Appeal: _____

             Date(s) of other notice(s): _____

             _____ volume(s) of pleadings;     _____ volume(s) of transcripts;

             _____ volume(s) of exhibits/depositions; other: _____

_____     There was no hearing from which a transcript could be made.

_____     Copy of CJA form appointing counsel enclosed.

_____     The following materials were <u>SEALED</u> in this court (order enclosed):

             _____

_____     The appellate docket fee has been paid _____

             Date paid _____    Receipt No. _____

_____     Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed)

_____     The Judge or Magistrate appealed from is: _____

_____     The Court Reporter(s): _____

_____     This is an appeal of a bankruptcy order.

_____     Bankruptcy Judge: _____

_____     This is a DEATH PENALTY appeal.

Sincerely,

Angela E. Noble,  Clerk of Court

By: _____
             Deputy Clerk

c:     court file

☐  400 N. Miami Avenue
    Room 8N09
    Miami, FL 33128
    305-523-5100

☐  299 E. Broward Boulevard
    Room 108
    Ft. Lauderdale, FL 33301
    954-769-5400

☐  701 Clematis Street
    Room 402
    W. Palm Beach, FL 33401
    561-803-3400

☐  301 Simonton Street
    Room 130
    Key West, FL 33040
    305-295-8100

☐  300 South Sixth Street
    Ft. Pierce, FL 34950
    561-595-9691

APPEAL,BNDDUTY,RMM

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: <u>9:25–cr–80076–AMC</u>–2
### *Internal Use Only*

---

Case title: USA v. Escoe, et al                    Date Filed: 05/22/2025

---

Assigned to: Judge Aileen M. Cannon

Appeals court case number: 26–10079–D USCA

**Defendant (2)**

| | | |
|---|---|---|
| **Alfred Davis** *English; YOB: 1974* | represented by | **Alfred Davis** 70485–004 15020 S River Drive Miami, FL 33167 PRO SE |

**Jacob Alain Cohen**
Law Offices of Jacob A. Cohen, PLLC
750 S. Dixie Highway
Boca Raton, FL 33432
561–715–7866
Email: Jacob@jacobcohenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1343 – FRAUD BY WIRE, RADIO, OR TELEVISION (1) | |
| 18:1956(h) – CONSPIRACY TO COMMIT MONEY LAUNDERING (2) | |
| 18:1343 – FRAUD BY WIRE, RADIO, OR TELEVISION (3) | |
| 18:1343 – FRAUD BY WIRE, RADIO, OR TELEVISION (15) | |

1

18:1956(a)(1)(B)(i) and 2 –
MONEY LAUNDERING
(21)

18:1956(a)(1)(B)(i) and 2 –
MONEY LAUNDERING
(28)

18:1956(a)(1)(B)(i) and 2 –
MONEY LAUNDERING
(35)

18:1957 and 2 – MONEY
LAUNDERING
(39)

18:1957 and 2 – MONEY
LAUNDERING
(46)

18:1957 and 2 – MONEY
LAUNDERING
(53)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1343 – FRAUD BY WIRE, RADIO, OR TELEVISION (4–14) | Acquitted |
| 18:1343 – FRAUD BY WIRE, RADIO, OR TELEVISION (16–20) | Acquitted |

**Highest Offense Level
(Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| **USA** | represented by | **Jonathan Bailyn**<br>US Attorney's Office<br>Miami, FL<br>Email: jonathan.bailyn@usdoj.gov<br>*LEAD ATTORNEY* |
| --- | --- | --- |

2

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Katie L. Wilson**
DOJ–USAO
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
561–209–1043
Email: katie.sadlo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mitchell Evan Hyman**
DOJ–USAO
Asset Forfeiture
99 N.E. 4th Street
Miami, FL 33132
305–961–9283
Email: Mitchell.Hyman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2025 | 1 | MOTION TO SEAL by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. (swr) (Entered: 05/22/2025) |
| 05/22/2025 | 2 | ORDER granting 1 Motion TO SEAL as to Elaine Escoe (1), Alfred Davis (2), Cher Davis (3), Gino Jourdan (4), Latoya Clark (5), James McGhow (6). Signed by Magistrate Judge William Matthewman on 5/22/2025. *See attached document for full details.* (swr) (Entered: 05/22/2025) |
| 05/22/2025 | 3 | INDICTMENT w/forfeiture as to Elaine Escoe (1) count(s) 1, 2, 3–20, 21–38, 39–56, Alfred Davis (2) count(s) 1, 2, 3–20, 21–38, 39–56, Cher Davis (3) count(s) 1, 2, 3–20, 21–38, 39–56, Gino Jourdan (4) count(s) 1, 2, 3–20, 21–38, 39–56, Latoya Clark (5) count(s) 1, 2, 3–20, 21–38, 39–56, James McGhow (6) count(s) 1, 2, 3–20, 21–38, 39–56. (spe) (Additional attachment(s) added on 5/22/2025: # 1 Restricted Unredacted Indictment) (spe). (Entered: 05/22/2025) |
| 05/29/2025 | 12 | NOTICE OF ATTORNEY APPEARANCE Mitchell Evan Hyman appearing for USA.. Attorney Mitchell Evan Hyman added to party USA(pty:pla). (pcs) (Entered: 05/29/2025) |
| 05/29/2025 | 14 | MOTION to Unseal Case by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. (swr) (Entered: 05/29/2025) |
| 05/29/2025 | 15 | ORDER TO UNSEAL granting 14 Motion to Unseal Case as to Elaine Escoe (1), Alfred Davis (2), Cher Davis (3), Gino Jourdan (4), Latoya Clark (5), James McGhow (6); granting 13 Motion to Unseal Case as to Gino Jourdan (4). Signed by Magistrate Judge William Matthewman on 5/29/2025. *See attached document for full details.* (swr) (Entered: 05/29/2025) |

| 06/02/2025 | 20 | **VIRTUAL** MOTION for Initial Appearance Hearings by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Latoya Clark. (spe) (Entered: 06/02/2025) |
|---|---|---|
| 06/02/2025 | 21 | PAPERLESS ORDER granting 20 Motion for Initial Appearance Hearings as to Elaine Escoe (1), Alfred Davis (2), Latoya Clark (5). Initial Appearance set for 6/5/2025 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. Signed by Magistrate Judge Ryon M. McCabe on 6/2/2025. (spe) (Entered: 06/02/2025) |
| 06/05/2025 | 23 | **ORE TENUS** MOTION to Appoint Counsel by Alfred Davis, Latoya Clark. (spe) (Entered: 06/05/2025) |
| 06/05/2025 | 24 | PAPERLESS ORDER granting 23 Defendant's **ORE TENUS** Motion to Appoint Counsel. Appointing Jacob Alain Cohen for Alfred Davis for Criminal representation. Date attorney was appointed CJA: 6/5/2025 as to Alfred Davis (2). Signed by Magistrate Judge Ryon M. McCabe on 6/5/2025. (spe) (Entered: 06/05/2025) |
| 06/05/2025 | 26 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Ryon M. McCabe: Initial Appearance as to Alfred Davis, Latoya Clark held on 6/5/2025. Date of Location Custody (Arrest or Surrender): 6/5/2025. Defendants present and sworn. Defendants advised of their respective charges, maximum penalties and rights. Defendants each made an ore tenus request for appointment of counsel and were found to be indigent after questioning by the Court. CJA Jacob Cohen appointed to Mr. Davis; CJA Jonathan Friedman appointed to Ms. Clark. Bond set as to: Alfred Davis (2) $250,000 PSB and Latoya Clark (5) $250,000 PSB. Defendants advised of Brady rights under the Due Process Protection Act. Total time in court: 19 minutes. Arraignment set for 6/25/2025 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. Attorney Appearance(s): Jonathan Bailyn (AUSA). (Digital 10:15:07)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Ryon M. McCabe on 6/5/2025. (spe) (Entered: 06/05/2025) |
| 06/05/2025 | 27 | $250,000 PSB Bond Entered as to Alfred Davis – Approved by Magistrate Judge Ryon M. McCabe. *Please see bond image for conditions of release.* (spe) (Additional attachment(s) added on 6/5/2025: # 1 Restricted Bond with 7th Page) (spe). (Entered: 06/05/2025) |
| 06/12/2025 | 41 | OMNIBUS ORDER SETTING TRIAL DATE AND ESTABLISHING PRETRIAL INSTRUCTIONS AND SENTENCING PROCEDURES as to Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow In Limine Motions due by 6/27/2025. Motions due by 6/27/2025. Calendar Call set for 7/22/2025 01:45 PM in Fort Pierce Division before Judge Aileen M. Cannon. Jury Trial set for 7/28/2025 in |

4

| | | |
|---|---|---|
| | | Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 6/12/2025. *See attached document for full details.* (ar24)<br><br>***Pattern Jury Instruction Builder*** – To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 06/12/2025) |
| 06/13/2025 | 42 | First RESPONSE to Standing Discovery Order by USA as to Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Attachments: # 1 FedEx Label)(Bailyn, Jonathan) (Entered: 06/13/2025) |
| 06/25/2025 | 49 | **ORE TENUS** MOTION for Entry of the Standing Discovery Order as to Alfred Davis, Latoya Clark, James McGhow. (swr) (Entered: 06/25/2025) |
| 06/25/2025 | 50 | PAPERLESS Minute Order for proceedings held before Magistrate Judge William Matthewman: granting 49 ORE TENUS Motion for Entry of the Standing Discovery Order as to Alfred Davis (2); **ARRAIGNMENT** as to Alfred Davis (2) Count 1,2,3–20,21–38,39–56 held on 6/25/2025. Defendant present with counsel and sworn. The Court advised the defendant of the charges and possible maximum penalties. The defendant waived formal reading, entered a plea of Not Guilty, requested the Standing Discovery Order and demanded a trial by jury. Total time in court: 03 minutes. Attorney Appearance(s): AUSA Katie Sadlo, Jacob Alain Cohen CJA. (Digital 10:11:15)<br><br>PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge William Matthewman (swr) (Entered: 06/25/2025) |
| 06/26/2025 | 53 | Second RESPONSE to Standing Discovery Order by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 06/26/2025) |
| 07/01/2025 | 57 | Unopposed MOTION to Continue Trial by Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. Responses due by 7/15/2025. (Attachments: # 1 Text of Proposed Order)(Morse, Gregory) (Entered: 07/01/2025) |
| 07/08/2025 | 59 | ORDER granting 57 Motion to Continue Trial as to James McGhow (6). In Limine Motions due by 10/29/2025. Motions due by 10/29/2025. Calendar Call set for 12/9/2025 01:45 PM in Fort Pierce Division before Judge Aileen M. Cannon. Jury Trial set for 12/15/2025 in Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 7/8/2025. *See attached document for full details.* (ar24) (Entered: 07/08/2025) |
| 07/08/2025 | 60 | |

| | | NOTICE of Intent to Use *902(11), 902(14), and 803(6)* Evidence by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Attachments: # 1 Appendix) (Bailyn, Jonathan) (Entered: 07/08/2025) |
|---|---|---|
| 07/14/2025 | 63 | PAPERLESS ORDER as to Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, and James McGhow. Status Conference set for **8/6/2025 at 11:30 AM** in the Fort Pierce Division before Judge Aileen M. Cannon. **Defendants are required to appear.** Signed by Judge Aileen M. Cannon on 7/14/2025. (sm1) (Entered: 07/14/2025) |
| 07/24/2025 | 64 | SPEEDY TRIAL REPORT *(Joint)* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 07/24/2025) |
| 08/04/2025 | 67 | MOTION and Affidavit for Relief, Recusal, and Reconsider Her Order and Revert by Vacating His Order and Memorandum of Law by Alfred Davis. Responses due by 8/18/2025. (scn) (Entered: 08/05/2025) |
| 08/05/2025 | 68 | PAPERLESS ORDER striking 67 Defendant's Pro Se Motion and Affidavit for Relief, Recusal, and Reconsider Her Order and Revert by Vacating His Order and Memorandum of Law as to Alfred Davis. Defendant is represented by counsel and thus may not file pro se. See Fed. R. Crim. P. 49(b)(4); S.D. Fla. L.R. 11.1(d)(4). Signed by Judge Aileen M. Cannon on 8/5/2025. (sm1) (Entered: 08/05/2025) |
| 08/06/2025 | 69 | PAPERLESS ORDER and MINUTE ENTRY for proceedings held before Judge Aileen M. Cannon: Status Conference as to Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow held on 8/6/2025. All defendants present except Defendant Elaine Escoe, who remains in fugitive status. Parties provided updates on discovery and pre–trial and trial deadlines. United States anticipates three–week trial. Parties report no meaningful issues related to scheduling, trial preparation, or discovery within the parameters of the Court's Scheduling Order. All deadlines in the Court's Scheduling Order 59 remain in effect, except any motions for severance are due on or before October 17, 2025. Defendant Davis reminded of his represented status [ECF No. 68]. The Court finds the current trial and pretrial deadlines to be reasonable under the circumstances. Total time in court: 25 minutes. Attorney Appearances: Jonathan Bailyn, Jacob Alain Cohen, Gregory Joseph Morse, Michael David Weinstein, Jonathan S. Friedman and Michael J. Harwin. Court Reporter: Laura Melton, 772–467–2327 / Laura_Melton@flsd.uscourts.gov. Signed by Judge Aileen M. Cannon on 8/6/2025. (sm1) (Entered: 08/07/2025) |
| 09/09/2025 | 72 | SPEEDY TRIAL REPORT by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 09/09/2025) |
| 09/18/2025 | 75 | Third RESPONSE to Standing Discovery Order by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 09/18/2025) |
| 10/16/2025 | 84 | SPEEDY TRIAL REPORT *(Joint)* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 10/16/2025) |
| 10/30/2025 | 92 | MOTION To Excuse Binder Requirement re 41 Scheduling Order,,, by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. Responses due by 11/13/2025. (Attachments: # 1 Text of Proposed |

| | | Order)(Bailyn, Jonathan) (Entered: 10/30/2025) |
|---|---|---|
| 10/30/2025 | 94 | PAPERLESS ORDER denying without prejudice 92 United States' Motion to be Excused from Exhibit Binder Requirement as to Elaine Escoe, Alfred Davis, Gino Jourdan, Cher Davis, Latoya Clark, and James McGhow. In the Court's prior Order Setting Trial Date and Establishing Pretrial Instructions and Sentencing Procedures 41 , paragraph 4 provides that, "To the extent required by Local Rule 88.9(a), all motions shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion." The Motion does not contain a certificate of conferral. Signed by Judge Aileen M. Cannon on 10/30/2025. (sm1) (Entered: 10/30/2025) |
| 10/31/2025 | 95 | Renewed MOTION to Excuse Government Binder Requirement *(Unopposed)* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. Responses due by 11/14/2025. (Attachments: # 1 Text of Proposed Order)(Bailyn, Jonathan) (Entered: 10/31/2025) |
| 10/31/2025 | 96 | PAPERLESS ORDER granting in part and denying in part 95 United States' Unopposed Motion as to Alfred Davis (2), Cher Davis (3), Gino Jourdan (4), Latoya Clark (5), James McGhow (6). The United States is excused from providing hard copies in binders of any clearly voluminous exhibits but shall nevertheless provide hard copies of all other exhibits for trial as initially directed. No electronic production of exhibits to the Court is required at this time. Signed by Judge Aileen M. Cannon on 10/31/2025. (AMC) (Entered: 10/31/2025) |
| 11/17/2025 | 102 | Unopposed MOTION for Status Conference by USA as to Alfred Davis, Cher Davis, Latoya Clark. Responses due by 12/1/2025. (Bailyn, Jonathan) Modified Event Type on 11/17/2025 (wce). (Entered: 11/17/2025) |
| 11/17/2025 | 103 | PAPERLESS ORDER granting 102 United States' Motion for Status Conference as to Alfred Davis (2), Cher Davis (3), Latoya Clark (5). Status Conference set for 11/24/2025 at 11:30 AM in the Fort Pierce Division before Judge Aileen M. Cannon. Defendants are not required to appear. Signed by Judge Aileen M. Cannon on 11/17/2025. (sm1) (Entered: 11/17/2025) |
| 11/20/2025 | 106 | SPEEDY TRIAL REPORT *(Joint)* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 11/20/2025) |
| 11/24/2025 | 107 | PAPERLESS ORDER SPECIALLY SETTING TRIAL and MINUTE ENTRY for proceedings held before Judge Aileen M. Cannon: Status Conference as to Alfred Davis, Cher Davis, Latoya Clark held on 11/24/2025. Parties report no issues related to discovery and no antagonistic defenses. Jencks material to be provided to Defendants prior to the start of trial. Parties announce ready for ten–day trial through December 31, 2025, including jury selection, minus December 23–25, 2025. Deliberation time continued as necessary past that date. Trial specially set to commence on **December 15, 2025, at 11:00 a.m.**, with jury selection, preliminary instructions, pre–admission of unobjected–to exhibits, and opening statements (time permitting). Evidentiary presentation to begin on December 16, 2025. Plea deadline remains the same (5:00 p.m. on December 12, 2025, for the actual taking of plea(s)), as previously ordered. No pleas accepted after that deadline. Parties directed to meaningfully confer regarding any exhibits to be pre–admitted. Time in court: 21 minutes. Attorney Appearances: Jonathan Bailyn, Jacob Alain Cohen, Gregory |

| | | |
|---|---|---|
| | | Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772–467–2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 11/25/2025) |
| 11/26/2025 | 108 | PAPERLESS NOTICE OF RESETTING HEARING as to Alfred Davis, Cher Davis, and Latoya Clark. **TIME CHANGE ONLY.** To accommodate another scheduled trial, Calendar Call reset for **12/9/2025 at 9:00 a.m.** in the Fort Pierce Division before Judge Aileen M. Cannon. **\*Counsel please note the change to your files.** (sm1) (Entered: 11/26/2025) |
| 12/02/2025 | <u>109</u> | Unopposed MOTION in Limine *Government Exhibits in Advance of Trial* by USA as to Alfred Davis, Cher Davis, Latoya Clark. Responses due by 12/16/2025. (Attachments: # <u>1</u> Text of Proposed Order)(Bailyn, Jonathan) (Entered: 12/02/2025) |
| 12/03/2025 | <u>111</u> | NOTICE OF ATTORNEY APPEARANCE Katie L. Wilson appearing for USA. . Attorney Katie L. Wilson added to party USA(pty:pla). (Wilson, Katie) (Entered: 12/03/2025) |
| 12/04/2025 | <u>112</u> | ORDER GRANTING <u>109</u> UNITED STATES' UNOPPOSED MOTION IN LIMINE TO INTRODUCE UNITED STATES' EXHIBITS IN ADVANCE OF TRIAL as to Alfred Davis (2), Cher Davis and (3), Latoya Clark (5). Signed by Judge Aileen M. Cannon on 12/4/2025. *See attached document for full details.* (wce) (Entered: 12/04/2025) |
| 12/05/2025 | <u>113</u> | Proposed Voir Dire Questions by Alfred Davis (Cohen, Jacob) (Entered: 12/05/2025) |
| 12/07/2025 | <u>117</u> | Proposed Voir Dire Questions by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 12/07/2025) |
| 12/08/2025 | 118 | PAPERLESS NOTICE OF RESETTING HEARING as to Alfred Davis, Cher Davis, and Latoya Clark. **TIME CHANGE ONLY.** Due to a scheduling conflict with an ongoing trial, Calendar Call is hereby reset for **12/9/2025 at 8:15 a.m.** in the Fort Pierce Division before Judge Aileen M. Cannon. Defendants are not required to appear. Calendar Call to be held by Zoom due to extenuating circumstances; if any Defendant objects, Defendant shall file a notice of objection no later than 4 p.m. today (12/8/2025). Chambers will provide the parties with a Zoom link in advance of the hearing in a separate email.**\*Counsel please note the change to your files.** No other hearings/evidence to be permitted via Zoom. (sm1) (Entered: 12/08/2025) |
| 12/08/2025 | <u>120</u> | Proposed Jury Instructions by USA as to Alfred Davis, Cher Davis, Latoya Clark (Bailyn, Jonathan) (Entered: 12/08/2025) |
| 12/08/2025 | <u>121</u> | NOTICE *of Proposed Witness List and Exhibit List* by USA as to Alfred Davis, Cher Davis, Latoya Clark (Attachments: # <u>1</u> Exhibit A – Witness List, # <u>2</u> Exhibit B – Exhibit List) (Bailyn, Jonathan) (Entered: 12/08/2025) |
| 12/08/2025 | 122 | PAPERLESS ORDER in anticipation of calendar call and authorizing sealed filing. Counsel shall be prepared, during calendar call, to address 119 the United States' Motion to Strike Defendant Clark's Expert Notice, with reference to the particular psychological evaluation prepared by Dr. Sheila Rapa and to the particular authorities cited in the United States' Motion. In addition, counsel for Defendant Clark must file the psychological evaluation under seal with the Clerk no later than **December 9, 2025.** And more generally, counsel for all parties shall carefully review the witness and exhibit lists filed by the United States and be prepared to address, to the extent possible, any substantive evidentiary disputes. Signed by Judge Aileen M. Cannon on |

| | | 12/8/2025. (tkh) (Entered: 12/08/2025) |
|---|---|---|
| 12/09/2025 | 125 | Witness List by Alfred Davis (Cohen, Jacob) (Entered: 12/09/2025) |
| 12/09/2025 | 126 | NOTICE of Striking 125 Witness List by Alfred Davis (Cohen, Jacob) (Entered: 12/09/2025) |
| 12/09/2025 | 127 | Witness List by Alfred Davis (Cohen, Jacob) (Entered: 12/09/2025) |
| 12/09/2025 | 130 | REPLY to Response to Motion by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow re 119 MOTION to Strike 115 Notice of Intent to Use Evidence . (Bailyn, Jonathan) (Entered: 12/09/2025) |
| 12/09/2025 | 132 | PAPERLESS ORDER and MINUTE ENTRY for proceedings held before Judge Aileen M. Cannon: Calendar Call as to Alfred Davis, Cher Davis, and Latoya Clark held on 12/9/2025. The parties submitted pre–trial filings as directed. Parties reaffirm trial readiness, although Defendant Clark makes generalized pro se statements regarding a need for additional time (to be addressed at additional calendar call on 12/10/2025). Trial remains specially set to begin on 12/15/2025 and is expected to go through 12/31/2025, excluding December 23–26, 2025, as previously ordered following the Status Conference on 11/24/2025 [ECF No. 107]. Parties report no outstanding evidentiary or witness issues, although parties dispute propriety of argument/evidence regarding fugitive status of Defendant Escoe. Instructional disputes also remain regarding good faith instruction and Defendant Clark's theory–of–defense instruction. On or before 12/10/2025, parties shall meaningfully confer and submit supplemental filings limited to matters discussed during calendar call. No extensions of any deadline, expired or otherwise, are permitted by this Order. A continuation of the Calendar Call as to Latoya Clark is set for 12/10/2025 at 8:30 a.m. in the Fort Pierce Division. Notice of hearing to follow. **Defendant Clark shall appear in person.** Counsel wishing to participate via audio shall contact Chambers for call–in number. Time in court: 35 minutes. Attorney Appearances: Jonathan Bailyn, Jacob Alain Cohen, Gregory Joseph Morse and Jonathan S. Friedman. Court Reporter: Laura Melton, 772–467–2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 12/09/2025) |
| 12/10/2025 | 137 | Reply *in Support of Government's Proposed Jury Instruction* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow to 133 Response/Reply/Answer (Other) (Bailyn, Jonathan) (Entered: 12/10/2025) |
| 12/12/2025 | 151 | Fourth RESPONSE to Standing Discovery Order by USA as to Alfred Davis, Cher Davis, Latoya Clark (Bailyn, Jonathan) (Entered: 12/12/2025) |
| 12/12/2025 | 160 | Brief of Amicus Curiae and Jurisdictional Memorandum in Support of Sua Sponte Dismissal by James Buckman. (Attachments: # 1 Affidavit) (wce) (Entered: 12/16/2025) |
| 12/15/2025 | 155 | PAPERLESS ORDER and MINUTE ENTRY for proceedings held before Judge Aileen M. Cannon. The Court granted 119 United States' Motion to Strike Defendant Latoya Clark's Expert Notice for the reasons stated by the United States in its Motion and Reply, and based on argument of counsel during calendar call. Parties addressed and rejected incoherent suggestions regarding a need for judicial disqualification in pro se filings by nonparties. Jury Selection/Voir Dire as to Alfred Davis, Cher Davis, Latoya Clark held on 12/15/2025. Day 1 – Voir Dire started and completed. Jury panel sworn and empaneled. Preliminary instructions issued. Jury Trial to resume at 8:45 a.m. on 12/16/25 with opening statements and presentation of United States' |

| | | |
|---|---|---|
| | | witnesses. Court heard argument on remaining dispute regarding references during trial to Defendant Escoe's fugitive status. Final oral ruling to follow. Defendant Clark to file any appropriate motion regarding food/drink consumption while detained at SLCJ, providing a sufficient factual and legal basis for judicial intervention. Total time in court: 4 hours 45 minutes. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772–467–2327 / Laura_Melton@flsd.uscourts.gov. Signed by Judge Aileen M. Cannon (sm1) (Entered: 12/15/2025) |
| 12/15/2025 | 158 | Amicus Curiae Notice (Notice Only) by Maurice Symonette on behalf of Alfred Davis. (wce) (Entered: 12/16/2025) |
| 12/16/2025 | 159 | Amicus Curiae Notice Regarding 28 U.S.C. 455 by Minister Doctorate Maurice Symonette. (wce) (Entered: 12/16/2025) |
| 12/16/2025 | 161 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Jury Trial as to Alfred Davis, Cher Davis, Latoya Clark held on 12/16/2025. Day 2. Court denies defense objection to absence of co–defendant jury instruction 133 137 . Exhibits pre–admitted by party agreement and prior Order 112 . Additional exhibits admitted. Opening statements presented to the jury panel; Alfred Davis reserves. Testimony and evidence presented to the jury panel. The following witnesses were sworn and testified for the United States: Special Agent Adam Weisenstine (ongoing), Alfred C. Davis, Anthony Venturino, Harrison Smalbach, John Diamond, Kimberly Davis, Nissen Liddiard, Aimee Meunier, and Spencer Lord. Trial to resume at **8:45 a.m. on December 17, 2025**, with continued direct examination of Adam Weisenstein. Total time in court: 6 hours 30 minutes. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772–467–2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 12/17/2025) |
| 12/17/2025 | 165 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Jury Trial as to Alfred Davis, Cher Davis, Latoya Clark held on 12/17/2025. Day 3. The Court denies oral Motions for Mistrial raised by Defendants Cher Davis and Latoya Clark during trial. Court also denies Defendant Cher Davis' Motion in Limine 152 , after hearing additional argument of counsel. The following witnesses were sworn and testified for the United States: Special Agent Adam Weisenstine (completed), Dariel Wells, Jennifer Reynolds, Lesley Jean Louis, Mark Berey, Queen Lewis, Teresa Young, and Wonal Jean (continuing tomorrow). Exhibits admitted. Preliminary charge conference held. Trial to resume at **8:45 a.m. on December 18, 2025**. Closing arguments expected Friday. Total time in court: 7 hours 15 minutes. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772–467–2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 12/18/2025) |
| 12/18/2025 | 166 | PRE–CHARGE CONFERENCE DRAFT FINAL JURY INSTRUCTIONS as to Alfred Davis, Cher Davis, and Latoya Clark. (sm1) (Entered: 12/18/2025) |
| 12/18/2025 | 167 | PAPERLESS ORDER and MINUTE ENTRY for proceedings held before Judge Aileen M. Cannon: Jury Trial as to Alfred Davis, Cher Davis, Latoya Clark held on 12/18/2025. Day 4. The following witnesses were sworn and testified: Wonal Jean (completed); Victoria Hernandez; Kelsey Thompson (on behalf of Latoya Clark); Latoya Clark (on behalf of Latoya Clark). Exhibit(s) admitted. All parties rest. No rebuttal case. Court denies Rule 29 Motions. Court conducts colloquies of defendants regarding testimony; Defendants Cher Davis and Alan Davis elect not to testify; |

| | | |
|---|---|---|
| | | Defendant Clark testifies. Voir dire of witness Maurice Symonette outside presence of the jury; Alfred Davis decides not to call him or any other witness as stated under oath. Final charge conference held. Closing arguments to take place at **9 a.m. on December 19, 2025**; each party is allotted 40 minutes. Parties to have redacted indictment and admitted exhibits ready to and to confer re: any continued forfeiture proceedings. Total time in court: 6 hours. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772–467–2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 12/18/2025) |
| 12/19/2025 | 168 | COURT'S FINAL JURY INSTRUCTIONS as to Alfred Davis, Cher Davis, and Latoya Clark. (sm1) (Entered: 12/19/2025) |
| 12/19/2025 | 169 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Jury Trial as to Alfred Davis, Cher Davis, Latoya Clark held on 12/19/2025. Day 5. Defendants renew Rule 29 motions. Court denies motions. Jury instructions finalized and issued. Closing arguments presented. Jurors retired to deliberate. The Court released the jurors at 5:30 p.m. with instructions to return and continue deliberations on Monday, **December 22, 2025, at 9:00 a.m.** Total time in court: 3 hours 45 minutes. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772–467–2327 / Laura_Melton@flsd.uscourts.gov. (sm1) Modified text on 12/22/2025 (sm1). (Entered: 12/19/2025) |
| 12/22/2025 | 171 | PAPERLESS ORDER memorializing continued jury deliberations. Jury deliberations continuing on 12/22/25 as of 9:00 A.M. with all jurors present. Counsel and parties to remain on standby. Signed by Judge Aileen M. Cannon on 12/22/2025. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 173 | ORDER STRIKING UNAUTHORIZED NON–PARTY FILINGS 158 Amicus Curiae Notice Regarding Jurisdictional Defects and 159 Amicus Curiae Supplement as to Alfred Davis. Signed by Judge Aileen M. Cannon on 12/22/2025. *See attached document for full details.* (Attachments: # 1 Exhibit Amicus Curiae, # 2 Exhibit Supplemental Notice) (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 174 | REDACTED INDICTMENT as to Alfred Davis, Cher Davis, and Latoya Clark. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 175 | NOTE TO JURY as to Alfred Davis, Cher Davis, and Latoya Clark. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 176 | REDACTED JURY NOTE as to Alfred Davis, Cher Davis, and Latoya Clark. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 177 | JURY VERDICT as to Alfred Davis (2) Guilty on Counts 1, 2, 3, 15, 21, 28, 35, 39, 46, and 53. Alfred Davis (2) Not Guilty on Counts 4–14, 16–20. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 180 | RELEASE OF EXHIBITS as to Alfred Davis, Cher Davis, and Latoya Clark. Released to: AUSA Jonathan Bailyn (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 181 | RELEASE OF EXHIBITS as to Alfred Davis, Cher Davis, and Latoya Clark. Released to: Jonathan Friedman, Esq. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 182 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Jury Trial as to Alfred Davis, Cher Davis, Latoya Clark held on 12/22/2025. Day 6. |

| | | |
|---|---|---|
| | | Verdicts returned. Defendant Alfred Davis adjudged guilty on Counts 1–3, 15, 21, 28, 35, 39, 46, and 53 of Indictment; found not guilty on Counts 4–14, 16–20. Defendant Cher Davis adjudged guilty on Counts 1–2, 5, 9, 14–16, 18–20, 26–27, 34, 44–45, and 52 of Indictment; found not guilty on Counts 3–4, 6–8, 10–13, and 17. Defendant Latoya Clark adjudged guilty on Counts 1–2, 25, 29, 31, 43, 47, and 49 of Indictment; found not guilty on Counts 3–20. No forfeiture sought. Defendants detained pending sentencing. Sentencing set for Alfred Davis on March 19, 2026 at 9:30 a.m.; Cher Davis on March 19, 2026 at 10:30 a.m.; and Latoya Clark on March 19, 2026 at 11:30 a.m. Total time in court: 35 minutes. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772–467–2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 12/23/2025) |
| 12/22/2025 | 183 | PAPERLESS NOTICE OF SENTENCING HEARING as Alfred Davis. Sentencing set for **3/19/2026 at 9:30 AM** in the Fort Pierce Division before Judge Aileen M. Cannon. *If more than 30 minutes is needed, counsel shall file a notice no later than **3/12/2026** , estimating the amount of time needed and specifying the number of witnesses to be called. (sm1) (Entered: 12/23/2025) |
| 12/28/2025 | 186 | Notice of Presentence Investigation Assignment of Alfred Davis to US Probation Officer Nicole Garcia in the West Palm Beach U.S. Probation Office and she can be contacted at 561–804–6883 or Nicole_Garcia@flsp.uscourts.gov. (aws) (Entered: 12/28/2025) |
| 12/30/2025 | 189 | Unopposed MOTION For Extension of Time to Comply with Local Rule 5.3(b)(2) and Permission to File Trial Exhibits Conventionally by USA as to Alfred Davis, Cher Davis, Latoya Clark. Responses due by 1/13/2026. (Attachments: # 1 Text of Proposed Order)(Bailyn, Jonathan). Added MOTION for Extension of Time on 12/30/2025 (wce). (Entered: 12/30/2025) |
| 12/31/2025 | 190 | PAPERLESS ORDER granting Motion to Extend Time for Compliance with Local Rule 5.3(b)(2) and denying request for conventional filing 189 as to Alfred Davis, Cher Davis, and Latoya Clark. On or before January 29, 2026, the United States shall file all admitted trial exhibits electronically, including the account and beneficiary records referenced in the motion, with appropriate redactions. Signed by Judge Aileen M. Cannon on 12/31/2025. (sm1) (Entered: 12/31/2025) |
| 01/05/2026 | 193 | Defendant's MOTION for Directed Verdict *DEFENDANT ALFRED DAVIS RENEWED MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO FED R. CRIM. P. 29* by Alfred Davis. Responses due by 1/20/2026. (Cohen, Jacob) (Entered: 01/05/2026) |
| 01/05/2026 | 194 | Defendant's MOTION for New Trial *DEFENDANT ALFRED DAVIS MOTION FOR NEW TRIAL PURSUANT TO FED R. CRIM. P. 33* by Alfred Davis. Responses due by 1/20/2026. (Cohen, Jacob) (Entered: 01/05/2026) |
| 01/06/2026 | 195 | MOTION for Reconsideration re 190 Order on Motion for Miscellaneous Relief,, Order on Motion for Extension of Time, by USA as to Alfred Davis, Cher Davis, Latoya Clark. Responses due by 1/20/2026. (Bailyn, Jonathan) (Entered: 01/06/2026) |
| 01/07/2026 | 197 | PAPERLESS ORDER denying Motion for Reconsideration 195 but extending deadline for compliance until **February 26, 2026.** In addition to filing all of the redacted admitted trial exhibits as directed, the United States shall also file the trial exhibits in conventional form, without redactions, for completeness of the record. Signed by Judge Aileen M. Cannon on 1/7/2026. (sm1) (Entered: 01/07/2026) |

| | | |
|---|---|---|
| 01/07/2026 | 198 | JUDGMENT OF ACQUITTAL as to Alfred Davis (2), Count(s) 4–14, 16–20, Acquitted. Signed by Judge Aileen M. Cannon on 1/7/2026. *See attached document for full details.* (ls) (Entered: 01/07/2026) |
| 01/08/2026 | 201 | NOTICE OF APPEAL by Alfred Davis Re: 173 Order Striking,. Filing Fee: NOT PAID. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all–forms. (jgo) (Entered: 01/09/2026) |
| 01/09/2026 | | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet as to Alfred Davis to US Court of Appeals re 201 Notice of Appeal – Other Order. Notice has been electronically mailed. (jgo) (Entered: 01/09/2026) |
| 01/09/2026 | 202 | CLERK'S NOTICE of Mailing Pro Se Instructions to Alfred Davis re 201 Notice of Appeal – Other Order. (jgo) (Entered: 01/09/2026) |
| 01/12/2026 | 203 | Acknowledgment of Receipt of NOA from USCA as to Alfred Davis re 201 Notice of Appeal – Other Order, date received by USCA: 01/09/2026. USCA Case Number: 26–10079–D. (jgo) (Entered: 01/12/2026) |
| 01/12/2026 | 204 | MOTION for Leave to Appeal In Forma Pauperis by Alfred Davis. Responses due by 1/26/2026. (jgo) (Entered: 01/13/2026) |
| 01/13/2026 | 205 | Duplicate NOTICE OF APPEAL by Alfred Davis Re: 173 Order Striking.. No Filing Fee Required. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all–forms. (jgo) (Entered: 01/13/2026) |
| 01/13/2026 | | Transmission of Notice of Appeal and Docket Sheet as to Alfred Davis to US Court of Appeals re 205 Notice of Appeal – Other Order. Notice has been electronically mailed. (jgo) (Entered: 01/13/2026) |

# IN THE ELEVENTH DISTRICT
# COURT OF APPEALS

## FOR CASE NO: 25-cr-80076-AMC



FILED BY _____ D.C.

JAN 1 3 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

ALFRED DAVIS PRO SE

CHER DAVIS, and LATOYA

CLARK

PETIONER/PLAINTIFF


v.


UNITED STATES OF AMERICA

RESPONDENTS /DEFENDANTS

_____/


## NOTICE OF APPEAL


This is a 30 day notice of appeal filing by Alfred Davis Against the
Order from Judge Aileen Cannon number 173 on the docket where she
struck the four Amicus Briefs that I filed found on number 158 and 159
Exhibit 1 and 2 on the Docket.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORE GOING WAS SENT A COPY OF THE FOREGOING WAS SENT BY U.S. MAIL TO: JASON A. REDING QUINONES UNITED STATES ATTORNEY

BY; /s/Jonathan Bailyn

Jonathan R. B

Court ID No. A5502602

500 South Austrailian Ave. 4th

Floor West Palm Beach,

Florida 33401,

Phone: (561) 209- 1050

Jonathan.bailyn@usdoj.gov.

ALFRED DAVIS
15020 SOUTH RIVER DR.
MIAMI, FL.33167

15

**Extremely Urgent**



Visit **UPS.com**

**Apply shipping documents on this side.**

This envelope is for use with th

Do not u



**Scan QR code to
schedule a pickup**

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certa n countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

0.2 LBS LTR
SHP WT: 12 JAN 2026
DATE:

JAMES BUCKMAN
(786) 344-0499
16020 SOUTH RIVER DR
MIAMI    FL 33167

SHIP PAUL G ROGERS
TO:  FEDERAL BUILDING AND US COURT HOUSE
701 CLEMATIS ST

WEST PALM BEACH  FL 33401-5101

FL 334 0-05

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

80% Post-Consumer Content

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80076-CR-CANNON**

**UNITED STATES OF AMERICA**,

v.

**ALFRED DAVIS**,

     Defendant.

_____/

## ORDER STRIKING UNAUTHORIZED NON-PARTY FILINGS

     **THIS CAUSE** comes before the Court on Maurice Symonette's nonparty filings as to Defendant Alfred Davis [ECF Nos. 158–159].  Maurice Symonette, a nonparty to this action, continues to attempt to file unauthorized pro se "amicus" filings in this matter, despite never having received leave to do so, and despite his obvious nonparty status.  Being fully advised, it is

     **ORDERED AND ADJUDGED** the non party filings [ECF Nos. 158, 159] are stricken.  These unauthorized filings, two more of which are attached as exhibits to this Order, are accordingly stricken.  Any future request to submit an amicus brief or other paper will be denied without further notice absent a properly filed motion for leave.  **The Clerk is directed to deny future unauthorized amicus curiae filings by this nonparty absent a Court order authorizing leave to participate as an amicus curiae** in this action.

     **ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of December 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Respondent,

v.

ALFRED LENORIS DAVIS,

Defendant.

Case No. 25-cr-80076-AMC

# AMICUS CURIAE BRIEF

## REGARDING STRUCTURAL SIXTH AMENDMENT VIOLATIONS, CONFLICT OF INTEREST, AND DENIAL OF THE RIGHT TO PRESENT A DEFENSE

(Filed for Notice Purposes Only — No Relief Requested)

## I. INTEREST OF AMICUS CURIAE

Amicus Curiae submits this brief to assist the Court in identifying constitutional defects apparent ?on the face of the record that implicate the integrity of the adversarial process itself. This submission is limited to matters of law and structure and does not seek to relitigate factual guilt or innocence.

## II. SUMMARY OF CONSTITUTIONAL ISSUES

This case presents the following constitutional concerns:

1. Defense counsel aligned with the prosecution to prevent a defense witness from testifying.
2. A defense witness was compelled into an illegal or coercive proffer, granting the prosecution advance preview of testimony.
3. Other defendants were permitted to present witnesses without proffer, creating unequal application of procedure.
4. The government proceeded without independent evidence, advancing a "silent partner" theory unsupported by testimony.
5. The combined effect deprived the defendant of a meaningful adversarial trial, constituting structural error.

These issues implicate the Sixth Amendment, the Fifth Amendment, and long-standing Supreme Court structural-error doctrine.

## III. GOVERNING LEGAL PRINCIPLES

### A. Sixth Amendment — Conflict-Free Counsel

The Sixth Amendment guarantees not only counsel, but loyal, conflict-free counsel.

- Cuyler v. Sullivan, 446 U.S. 335 (1980)

  When counsel actively represents conflicting interests and that conflict adversely affects performance, prejudice is presumed.

- Holloway v. Arkansas, 435 U.S. 475 (1978)

  Divided loyalty by counsel constitutes automatic reversible error.

Defense counsel's cooperation with the prosecution to suppress defense testimony constitutes an actual conflict, not a strategic choice.

## B. Failure of Adversarial Testing — Structural Error

- United States v. Cronic, 466 U.S. 648 (1984)

  When counsel fails to subject the prosecution's case to meaningful adversarial testing, the proceeding is unconstitutional without any showing of prejudice.

Preventing a defense witness from testifying eliminates adversarial testing at its core.

## C. Right to Present a Defense

- Washington v. Texas, 388 U.S. 14 (1967)

  The right to present witnesses in one's defense is a fundamental element of due process.

- Chambers v. Mississippi, 410 U.S. 284 (1973)

  Suppression of defense testimony undermines the fairness of the trial itself.

## D. Structural Error Doctrine

- Arizona v. Fulminante, 499 U.S. 279 (1991)

  Structural errors affect the framework of the trial and are not subject to harmless-error review.

- Tumey v. Ohio, 273 U.S. 510 (1927)

  Proceedings infected by bias or conflicted adjudication are constitutionally invalid.

The forced proffer, unequal witness treatment, and suppression of defense evidence collectively altered the trial's structure.

## IV. APPLICATION TO THIS CASE

Based on the record as described:

- Defense counsel ceased functioning as an advocate and instead aligned with prosecutorial objectives.
- The government obtained advance access to defense testimony through a compelled proffer.
- The defendant was left without any witness support, while the prosecution advanced uncorroborated theories.
- The imbalance destroyed the adversarial process guaranteed by the Constitution.

This is not an evidentiary error.

It is structural.

## V. PERSUASIVE FLORIDA AUTHORITY

While federal law governs, Florida courts apply identical Sixth Amendment principles:

- Guzman v. State, 644 So.2d 996 (Fla. 1994)

  Representation burdened by conflicting loyalties is per se unconstitutional.

- Hunter v. State, 817 So.2d 786 (Fla. 2002)

  Structural errors undermine the entire proceeding and require reversal.

## VI. CONCLUSION

Where defense counsel joins the prosecution to suppress defense witnesses, the Sixth Amendment is violated, the Fifth Amendment is implicated, and the trial becomes constitutionally unreliable. Supreme Court precedent requires courts to treat such failures as structural error.

This brief is submitted solely to assist the Court in safeguarding the integrity of the judicial process.

Respectfully submitted,

*Maurice S*

MAURICE Symonette
Amicus Curiae
friend of The court
(Pro Se)

Date: _____

# SUPPLEMENTAL NOTICE OF JURISDICTIONAL DEFECT

(Filed for Notice Purposes Only — No Relief Requested)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

[DEFENDANT],

Defendant.

Case No. 25-cr-80076-AMC

# I. RECORD DEFECTS SHOWN BY DOCKET AND DOCUMENT IMAGES

Certified docket images and the face of the purported charging document show:

1. No CM/ECF docket entry number on the document itself;
2. No clerk-generated CM/ECF filing stamp;
3. Only a third-party label ("Document 3"), which is not an official docket entry;
4. No self-authenticating indication that the document was filed of record.

A document not traceable to a numbered CM/ECF entry is not part of the court record and cannot confer subject-matter jurisdiction.

## II. GRAND JURY AND RETURN IRREGULARITIES

Sworn witness observations attest that:

- No grand jury was empaneled or returned an indictment in open court;
- A jury pool was addressed as if it were a grand jury;
- The Court referenced or relied upon a redacted indictment, rather than a properly returned and filed instrument.

These facts implicate Fed. R. Crim. P. 6(f) and the Fifth Amendment.

## III. STATUTORY INDICTMENT DEADLINE

18 U.S.C. § 3161(b) requires an indictment to be filed within 30 days of arrest or summons.

Failure to comply mandates dismissal under § 3162(a)(1).

## IV. PROCEEDINGS CONSTITUTE A MOCK TRIAL ABSENT REQUIRED DOCUMENTS

A criminal trial cannot lawfully proceed without jurisdiction conferred by a valid, timely, and properly filed charging instrument. Where those foundational documents are absent, the proceeding is not a trial in law but a simulated proceeding without legal authority.

USCA11 Case: 26-10079     Document: 5     Date Filed: 01/15/2026     Page: 26 of 29

Here, the record reflects the absence of:

- A properly filed indictment bearing a CM/ECF docket entry number;
- Proof of grand jury return in open court;
- A criminal complaint or sworn probable-cause affidavit initiating charges;
- Compliance with the Speedy Trial Act's indictment deadline.

## A. Jurisdiction Cannot Be Presumed

Jurisdiction cannot be supplied by docket text alone, redacted instruments, courtroom statements, or post-hoc references. The law requires documents of record, not substitutes.

## B. Structural Defect

The absence of a valid charging instrument is a structural defect, not subject to harmless-error analysis. All subsequent proceedings are void ab initio.

## C. Appearance vs. Legal Reality

Although the proceedings may resemble a trial in form, without a lawful indictment on file they lack legal substance. Such proceedings are, in effect, a mock trial conducted without jurisdiction.

# V. PRESERVATION STATEMENT

This Notice is filed solely to preserve the record regarding jurisdictional defects.

No relief is requested.

Respectfully submitted,

[Name / Pro Se or Counsel]

[Date]

---

☑

# VERSION 2 — STAND-ALONE (ONE PAGE)

### NOTICE OF MOCK PROCEEDING / LACK OF SUBJECT-MATTER JURISDICTION

(This is the sharpest, cannot-be-struck version)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

[DEFENDANT],

Defendant.

Case No. 25-cr-80076-AMC

## NOTICE OF MOCK PROCEEDING AND LACK OF SUBJECT-MATTER JURISDICTION

(Filed for Notice Purposes Only — No Relief Requested)

Notice is hereby given that the proceedings in this matter lack subject-matter jurisdiction and therefore constitute a mock proceeding, not a lawful criminal trial.

A federal criminal trial may proceed only where jurisdiction is conferred by a valid, timely, and properly filed charging instrument. The record, as confirmed by docket images and the face of the purported indictment, demonstrates the absence of essential jurisdictional documents, including:

1. A charging instrument bearing a CM/ECF docket entry number and clerk filing stamp;
2. Proof of a grand jury return in open court as required by Fed. R. Crim. P. 6(f);
3. A criminal complaint or sworn probable-cause affidavit initiating charges;
4. Compliance with the 30-day indictment deadline under 18 U.S.C. § 3161(b).

A document labeled only as "Document 3," without a CM/ECF docket number or clerk stamp, is not filed of record and cannot invoke the Court's jurisdiction.

Jurisdiction cannot be presumed, implied, or supplied by docket text, redacted references, jury announcements, or judicial efficiency. Where jurisdictional documents do not exist in the record, the Court lacks authority to empanel a jury, receive evidence, or adjudicate guilt.

The absence of a valid charging instrument is a structural defect that renders all subsequent proceedings void ab initio. Proceedings conducted under these circumstances may resemble a trial in form, but in law they constitute a mock trial without constitutional or statutory foundation.

This Notice is filed solely to preserve the jurisdictional record.

No relief is requested.

Respectfully submitted,

Maurice S.

MAURICE Symonette

Next Friend Amicus Curiae

Friend of the Court