IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **26-10079-D**

United States of America,

Appellee,

- versus -

Alfred Davis,

Appellant.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

**UNITED STATES' NOTICE CONCERNING
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

                                                         Jason A. Reding Quiñones
                                                         United States Attorney
                                                         Attorney for Appellee
                                                         99 N.E. 4th Street
                                                        Miami, Florida 33132
                                                         305-961-9295

Emily M. Smachetti
Acting Chief, Appellate Division

Of Counsel

**United States v. Alfred Davis, Case No. 26-10079-D**
**United States' Notice Concerning Certificate of Interested**
**Persons and Corporate Disclosure Statement**

Pursuant to 11th Cir. R. 26.1-2(c), the United States hereby advises that the Certificate of Interested Persons and Corporate Disclosure Statement required by Rule 26.1-2(a) has not been filed by appellant and the following is a complete list of all persons and entities that the Appellee believes to have an interest in the outcome of the case, as required by 11th Cir. R. 26.1-1:

Bailyn, Jonathan

Cannon, Hon. Aileen M.

Chase, Alexandra

Clark, Latoya

Cohen, Jacob Alain

Davis, Alfred

Davis, Cher

Davis, Michael S.

Escoe, Elaine

Fagan, Aurora

## United States v. Alfred Davis, Case No. 26-10079-D

## Certificate of Interested Persons (continued)

Friedman, Jonathan S.

Harwin, Michael J.

Hyman, Mitchell Evan

Jourdan, Gino

Matthewman, Hon. William

McCabe, Hon. Ryon M.

McGhow, James

Morse, Gregory Joseph

O'Byrne, Hayden P.

Ralston, Brian

Reding Quiñones, Jason A.

Sadlo, Katie

Smachetti, Emily M.

Weinstein, Michael David

United States v. Alfred Davis, Case No. 26-10079-D

Certificate of Interested Persons (continued)

Wilson, Katie L.

Counsel certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

*/s/ Emily M. Smachetti*
Emily M. Smachetti
Acting Chief, Appellate Division
99 N.E. 4th Street
Miami, Florida 33132
305-961-9295
Emily.Smachetti@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 22, 2026, the foregoing Certificate of Interested Persons was filed using CM/ECF and the Certificate of Interested Persons was served via U.S. Mail on Alfred Davis, *pro se*, 15020 S. River Dr., Miami, FL 33167.

*/s/ Emily M. Smachetti*
Emily M. Smachetti
Acting Chief, Appellate Division

*ags*