IN THE ELEVENTH DISTRICT COURT OF APPEALS

ALFRED DAVIS and }                                    CASE No: 26-10079
Minister Doctorate }
MAURICE SYMONETTE }
                   }
                   }

      Appellants,

v.

FEDERAL JUDGE AILEEN CANNON

DEFENDANTS

      Appellants,

_____/

CERTIFICATE OF INTERESTED PERSONS

I ALFRED DAVIS hereby disclose the following pursuant to this Court's Order On Interested Persons:

1.   The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, related to a party:

Listed below. Members of The Appellant's Party are also listed below.

According to 11th circuit Rule 26.1-1(b).

DISCLOSURE OF JUDGES GENERAL PROVISIONS AND DISCOVERY PURSUANT TO RULE 26(a)(1)(A)1-5:

Federal Judge AILEEN M. CANNON Alto Lee Adams, Sr. United States Courthouse 101 South U.S. Highway 1. Chambers 4044. Fort Pierce, Florida 34950. (772)-467-2327. Has a Conflict of Interest with U.S. Bank. From 2021-2024 in the amount totaling $2,869,000.00 shown in our motion for her immediate disqualification in Case # 25-cr-80076-AMC. **No stock ticker, Nothing to be Affirmed.**

Jonathan Bailyn US Attorney's Office 500 S Australian Ave Ste 400 West Palm Beach, FL 33401-6209 Miami, FL Email: jonathan.bailyn@usdoj.gov . **No stock ticker, Nothing to be Affirmed.**

Katie L. Wilson DOJ-USAO United States Attorney's Office 500 South Australian Avenue, Suite 400 West Palm Beach, FL 33401 561-209-1043 Email: katie.sadlo@usdoj.gov . **No stock ticker, Nothing to be Affirmed.**

Mitchell Evan Hyman DOJ-USAO Asset Forfeiture 99 N.E. 4th Street Miami, FL 33132 305-961-9283 Email: Mitchell.Hyman@usdoj.gov . **No stock ticker, Nothing to be Affirmed.**

Jacob Alain Cohen Law Offices of Jacob A. Cohen, PLLC 750 S. Dixie Highway Boca Raton, FL 33432 561-715-7866 Email: Jacob@jacobcohenlaw.com. **No stock ticker, Nothing to be Affirmed.**

Gregory Joseph Morse King / Morse, PLLC 2240 Palm Beach Lakes Blvd. Suite 300 West Palm Beach, FL 33409 561-317-5766 Email: greg@morselegal.com . **No stock ticker, Nothing to be Affirmed.**

Michael David Weinstein Michael D. Weinstein, P.A. 12 SE 7th Street 610 Fort Lauderdale, FL 33301 954-761-1420 Fax: 954-761-1421 Email: mdw@mdwlawfirm.com. **No stock ticker, Nothing to be Affirmed.**

Latoya Clark 87871-511 21255 NE 8th Place Apt 7 Miami, FL 33179 PRO SE. **No stock ticker, Nothing to be Affirmed.**

Gino Jourdan 1530 W Boynton Beach Blvd #3811. BOYNTON BEACH, FL 33424. No stock ticker, Nothing to be Affirmed.

Jonathan S. Friedman Jonathan S. Friedman, P.A. 101 N.E. 3rd Avenue Suite 1500 Fort Lauderdale, FL 33301 954-713-2820 Fax: 754-301-5109 Email: JFriedmanlawfirm@gmail.com. No stock ticker, Nothing to be Affirmed.

Michael J. Harwin Stearns Weaver Miller Weissler Alhadeff and Sitterson P.A. 150 West Flagler Street Suite 2200 Miami, FL 33130 305-789-3200 Fax: 305-789-3395 Email: mharwin@stearnsweaver.com. No stock ticker, Nothing to be Affirmed.

James Mcghow 17822 NW 27th Ct, Miami, FL 33055.

Cher L. Davis. No stock ticker, Nothing to be Affirmed.

## RELIEF SOUGHT

That these cases against me be Dismissed with Prejudice based on lack of Jurisdiction.

## AFFIDAVIT OF FACTS
## MAURICE SYMONETTE

I _Maurice Symonette_ AFFIRM that all of the following are true and correct to the best of my knowledge in accordance with 28 U.S.C. 1746:

## OATH AND AFFIRMATION

PURSUANT to 28 U.S.C. 1746 I _Maurice Symonette_ AFFIRM that I have read all facts stated herein and that all stated are true and correct to the best of my knowledge. Executed this 15th day of February, 2026

KRISTLYN PIERRE
Notary Public
State of Florida
Comm# HH736600
Expires 10/30/2029

Submitted,

Maurice Symonette
15020 S. River Dr.
Miami Fl. 3167


